IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHEAST IMAGING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action No.: 1:13-cv-11304-JLT** |
| v. ) | |
| ) | |
| HOLOGIC, INC. and JULIA CASCELLA, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF JOINT MOTION AND MOTION
TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 42(a)(2), Plaintiff Southeast Imaging, LLC ("SEI") and Defendants Hologic, Inc. ("Hologic") and Julia Cascella jointly move to dismiss this action with prejudice. The parties have entered into a written Settlement Agreement that resolves the issues between them, including those in this matter and in other pending litigation, Case No. 13-cv-11191 (D. Mass.). The parties have agreed that each party shall bear its own costs, expenses and attorneys' fees in connection with this matter.

The parties respectfully request that this Court retain jurisdiction over the parties for a period of five (5) years to enforce the provisions of the Settlement Agreement, as necessary, should a dispute arise as to an alleged breach of the provisions thereof.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 24, 2013 | */s/ Bradley B. Falkof* (with permission) |
|  | Bradley B. Falkof |
|  | Barnes & Thornburg LLP |
|  | One North Wacker Drive |
|  | Suite 4400 |
|  | Chicago, IL 60606 |
|  | Tel.: 312.357.1313 |

Fax:  213-759-5646
Email:  bfalkof@btlaw.com

Sam Hilburn
Lauren Hamilton
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
Post Office Box 5551
North Little Rock, AR  72119
Tel.:  501.372.0110
Fax:  501.372.2029
Email:  shilburn@hilburnlawfirm.com
Email:  lhamilton@hilburnlawfirm.com

*Attorneys for Plaintiff Southeast Imaging, LLC*

Dated:  June 24, 2013              */s/ John A. Freedman*
John A. Freedman (BBO # 629778)
**ARNOLD & PORTER LLP**
555 Twelfth St. NW
Washington, DC  20004
Tel.:  202.942.5000
Fax:  202.942.5999
Email:  john.freedman@aporter.com

Of Counsel:

Matthew Wolf
Sara Zogg
Seth I. Heller
**ARNOLD & PORTER LLP**
555 Twelfth St. NW
Washington, DC  20004
Tel.:  202.942.5000
Fax:  202.942.5999
Email:  matthew.wolf@aporter.com
Email:  sara.zogg@aporter.com
Email:  seth.heller@aporter.com

Anand Agneshwar
**ARNOLD & PORTER LLP**
399 Park Avenue
New York, NY  10022
Tel.:  212.715.1000
Fax:  212.715.1399
Email:  anand.agneshwar@aporter.com

*Attorneys for Defendants*
*Hologic, Inc. and Julia Cascella*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify pursuant to Local Rule 7.1(A)(2) that on June 21, 2013 counsel for Southeast Imaging, LLC conferred in good faith with counsel for Hologic, Inc. and Julia Cascella in this matter, and the parties agreed on matters herein.

By:   */s/ John A. Freedman*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b) and 5.4(C), I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on June 24, 2013, which will send electronic notice of such filing to registered participants.  I further certify that, on the same date, the foregoing will be served via electronic mail on the following, who have consented to accept service by electronic mail:

Sam Hilburn [shilburn@hilburnlawfirm.com]
Lauren Hamilton [lhamilton@hilburnlawfirm.com]
HILBURN, CALHOON, HARPER, PRUNISKI & CALHOUN, LTD.
Post Office Box 5551
North Little Rock, AR  72119

Bradley B. Falkof [bfalkof@btlaw.com]
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2833

*Counsel for Plaintiff Southeast Imaging, LLC*

By:   */s/ John A. Freedman*